Order entered August 9, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00305-CV

## IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-12707**

## ORDER

Before the Court is appellant's August 7, 2013 motion for leave to file an amended brief. Appellant states that he needs to amend his brief to include citations to the reporter's record and the reporter's record has not yet been filed. We **GRANT** appellant's motion as follows:

Appellant filed an affidavit of indigence. Gary Fitzsimmons Dallas County District Clerk, and Francheska Duffey, Official Court Reporter of the 330th Judicial District Court of Dallas County, Texas, filed contests to appellant's affidavit. By order signed on April 30, 2013, the trial court sustained the contests. Appellant timely appealed that ruling to this Court. Although the clerk's record in this appeal has been filed, the reporter's record has not been filed. In order to review the trial court's ruling sustaining the contests, the Court needs the reporter's record from the April 30, 2013 hearing. Accordingly, we **ORDER** Francheska Duffey to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, the reporter's record of the April 30, 2013 hearing on the contest to appellant's affidavit of indigence.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Fracheska Duffey, appellant, and counsel for appellee.

/s/     ELIZABETH LANG-MIERS
            JUSTICE